UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.

NERYN CASTRO,

    Plaintiff,

vs.

BM ROOFING LLC.,
and BORELY MARTINEZ,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:** BORELY MARTINEZ:

8724 SUNSET DRIVE #224
MIAMI, FL 33173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Elvis J. Adan, Esq.
Fla. Bar No.: 24223
GALLARDO LAW OFFICE, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone: (305) 261-7000

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____        _____
CLERK                                                                                  DATE

_____
(BY) DEPUTY CLERK